# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
―――――
TEL: (212) 420-8300
FAX: (212) 420-8338
*aee@eislaw.com*
*www.eislaw.com*

November 21, 2022

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

   Re: <u>Amin v. Hingorani, 22 Civ. 9851 (PGG)</u>

Dear Judge Gardephe:

  I am counsel for plaintiff Shilen Amin in the above-entitled proceeding.  I write, respectfully and with the consent of Larry Rosenthal, counsel for defendant Jitin Hingorani, to request a two-week adjournment of the return date for the order to show cause and an appropriate adjustment of the deadlines for additional submissions.

  Your Honor has scheduled a hearing on the requested preliminary injunction for November 30 at 4:00 p.m., when I am already scheduled to take my geriatric dog for an examination by a veterinary cardiologist in White Plains.  This type of appointment with a specialist is difficult to schedule, and so I would prefer, if possible, to keep it in place.   I also have a post-hearing brief due in a major commercial arbitration due on December 6, and so I would also appreciate being able to reply to defendant's further opposition in this matter after that other brief has been filed.

  Accordingly, with the consent of Mr. Rosenthal, I respectfully request that the return date of the order to show cause be adjourned by approximately two weeks, to the week of December 12, and that the deadlines for further opposition by defendant (currently due one week before the return date) and plaintiff's reply (currently due two days before the return date) be similarly adjusted.

Honorable Paul G. Gardephe
November 21, 2022
Page 2

Mr. Rosenthal and I have conferred about our availability and based on those discussions, we jointly propose the following dates and times for that week:

**1) Tuesday, December 13, any time between 2:30 and 4:00 p.m.** (when Mr. Rosenthal will need to leave)

- Further opposition would be due by December 6 with any reply due by December 9.

**2) Wednesday, December 14, any time between 10:45 a.m. and 3:30 p.m.** (when I will need to leave)

- Further opposition would be due by December 7 with any reply due by December 12.

**3) Friday, December 16, any time after 12:30 p.m.**

- Further opposition would be due by December 9 with any reply due by December 14.

- **This date is the parties' joint preference**.

If none of these dates and times work for your Honor, we will confer again and provide dates for the following week.

I thank your Honor for your courtesy in considering this request.

Respectfully submitted,

Alexander E. Eisemann

**MEMO ENDORSED:**
The hearing currently scheduled for November 30, 2022, is adjourned to **December 16, 2022, at 2:00 p.m.**  Any additional opposition materials will be served and filed by **December 9, 2022**. Any reply papers will be served and filed by **December 14, 2022**.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  November 21, 2022