# ALEXANDER E. EISEMANN
ATTORNEY AT LAW

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL: (212) 420-8300
FAX: (914) 533-2535
aee@eislaw.com
www.eislaw.com

September 11, 2023

MEMO ENDORSED

The Application is granted.

SO ORDERED:

*Paul A. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: September 11, 2023

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

      Re:    <u>Amin v. Hingorani, 22 Civ. 9851 (PGG)</u>

Dear Judge Gardephe:

      I am counsel for plaintiff Shilen Amin in the above-entitled proceeding. The return date on plaintiff's application for a preliminary injunction, which is fully submitted for decision, is this Thursday, September 14, 2023, at 2:00 p.m. I write, respectfully to request that it be rescheduled for September 21, 2023, at 11:30 a.m., a date and time suggested by chambers.

      Your Honor may recall that this matter was adjourned several times because of ongoing but ultimately unsuccessful settlement negotiations, and then finally because of medical problems involving the trademark counsel with whom I have been consulting. I made the last request myself, asking your Honor to adjourn the hearing to a date and time convenient to your Honor but I neglected to mention that I had a previously-scheduled September 14 sentencing in the Northern District of New York. There was a possibility of the Northern District sentencing would be adjourned, so when this matter was scheduled for the same day, I wasn't certain there would actually be a scheduling conflict, but it is clear now that the sentencing is going forward, which prompts my request to your Honor.

Honorable Paul G. Gardephe
September 11, 2023
Page 2

   I spoke to your Honor's Courtroom Deputy last week to alert him about the conflict and he suggested an alternative date of September 21, 2023, at 11:30 a.m., if that is acceptable to your Honor.  Opposing counsel and I are both available then, so without objection by opposing counsel and with apologies for my oversight and any inconvenience it may cause, I respectfully request that the hearing on plaintiff's order to show cause be adjourned to September 21, 2023, at 11:30 a.m., or if your Honor would prefer to hear the matter at another time, to a new date to be arranged with chambers.

   I thank your Honor for considering this request.

                Respectfully submitted,

                Alexander E. Eisemann