UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────

SHILEN AMIN,

              Plaintiff,

           - against -

JITIN HINGORANI, JINGO MEDIA, DFW
SOUTH ASIAN FILM FESTIVAL, NYC
SOUTH ASIAN FILM FESTIVAL, LI
SOUTH ASIAN FILM FESTIVAL, and
TIDAL GROWTH CONSULTANTS,

              Defendant.

**ORDER**

22 Civ. 9851 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       For the reasons stated in open court on September 21, 2023, Plaintiff Shilen Amin's application for a preliminary injunction is denied.

       A Rule 16 conference in this matter is scheduled for **October 5, 2023, at 10:30 a.m.** By **September 28, 2023**, the parties will file a joint letter and proposed case management plan, in accordance with this Court's Individual Rules of Practice in Civil Cases.

Dated: New York, New York
         September 21, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge