# ALEXANDER E. EISEMANN

ATTORNEY AT LAW

20 Vesey Street, Suite 400
New York, New York 10007
_____

Tel: (212) 420-8300
Fax: (914) 533-2535
*aee@eislaw.com*
*www.eislaw.com*


September 27, 2023


<u>**VIA ECF**</u>

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

      Re:    <u>Amin v. Hingorani, 22 Civ. 9851 (PGG)</u>

Dear Judge Gardephe:

    I am counsel for plaintiff Shilen Amin in the above-entitled proceeding. Following up on your Honor's suggestion during last week's hearing, the parties would like to have a settlement conference with Magistrate Judge Aaron. I have been in touch with his chambers and he will schedule a settlement conference with us after a referral by your Honor for that purpose.

    Your Honor has directed to parties to file a joint letter and proposed case-management order by tomorrow, September 28, and to appear for a status conference on October 5 at 10:30 a.m. The parties jointly and respectfully request those dates be extended by approximately forty-five days to allow them sufficient time to try to settle the matter with Magistrate Judge Aaron's assistance before they incur the additional legal expenses of meeting with the current deadlines.

    Accordingly, on behalf of both parties, I respectfully request that your Honor refer this matter to Magistrate Judge Aaron for a settlement conference and that the deadlines for the parties to submit their joint letter and proposed case management order, and the conference currently scheduled for October 5, 2023, at 10:30 a.m., all be extended and adjourned, respectively, <u>sine die</u> and that the parties be directed to file a joint letter on the status of the

Honorable Paul G. Gardephe
September 27, 2023
Page 2

settlement discussions with Magistrate Judge Aaron in approximately forty-five days. In the alternative, they jointly request that the current dates be extended and adjourned by approximately forty-five days.
.
      The parties thank your Honor for considering these requests.

      Respectfully submitted,

      Alexander E. Eisemann

**MEMO ENDORSED:**
The conference currently scheduled for October 5, 2023, is adjourned sine die. The deadline to file a joint letter and proposed case management plan is extended sine die. By **November 17, 2023**, the parties will file a joint letter informing the Court whether a settlement conference has been held and, if so, whether it was successful.

SO ORDERED.

Paul G. Gardephe
United States District Judge

Dated: September 29, 2023