# ALEXANDER E. EISEMANN
## ATTORNEY AT LAW

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL: (212) 420-8300
FAX: (212) 420-8338
aee@eislaw.com
www.eislaw.com

September 3, 2024

**MEMO ENDORSED**

*The conference is adjourned to October 10, 2024 at 10:00 A.M. The parties' joint letter and proposed case management plan is due on October 3, 2024. The application is otherwise denied.*

**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Sept 3, 2024

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

Re:   Amin v. Hingorani, 22 Civ. 9851 (PGG)

Dear Judge Gardephe:

      I am counsel for plaintiff Shilen Amin in the above-entitled proceeding. I write, respectfully, and on behalf of all parties, to request your Honor to vacate your August 16, 2024, notice of pretrial conference directing them to appear for such a conference on September 5, 2024, and further directing them to submit a letter seven days in advance of that conference.

      As your Honor will note from the docket sheet, on August 30, 2024, plaintiff filed a timely motion for reconsideration of your August 16, 2024, decision denying his second application for a preliminary injunction. Essentially, that very brief motion rests on evidence of "confusion" plaintiff had provided, which the decision said had not been submitted, and asks you to reconsider the decision in light of that. Until that motion is decided, the parties respectfully submit that a pretrial conference to discuss the further course of this matter, and a letter to the same effect, would be premature. In addition, I have a longstanding appointment with a medical specialist on September 5, which I would have to cancel to appear before your Honor that day.

      For that reason, the parties respectfully request that the pretrial conference be adjourned until approximately three weeks after the pending motion has been decided and that the deadline to submit the letter described in the August 16 notice be extended until seven days prior to any rescheduled conference.

Hon. Paul G. Gardephe
September 3, 2024
Page 2

      Accordingly, for the above reasons, the parties jointly request that the pretrial conference currently scheduled for September 5, 2024, be adjourned and rescheduled for a date and time convenient to the Court after plaintiff's pending motion for reconsideration has been decided. They further request that the deadline to submit the letter described in the August 16, 2024, notice of pretrial conference be extended until seven days prior to any rescheduled pretrial conference.

      The parties apologize for the delay in filing this letter but I was traveling in Europe for the past two weeks and defense counsel has been dealing with a family matter, so it was difficult to coordinate our response until now.

      Respectfully submitted,

      Alexander E. Eisemann

cc:    Lawrence Rosenthal, Esq.
       (via ECF)