# ALEXANDER E. EISEMANN

Attorney at Law

20 Vesey Street, Suite 400
New York, New York 10007

Tel: (212) 420-8300
Fax: (212) 420-8338
*aee@eislaw.com*
*www.eislaw.com*

September 3, 2024

**VIA ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

**MEMO ENDORSED:** The conference currently scheduled for October 10, 2024 is rescheduled to **October 4, 2024, at 10:00 a.m.** The parties' joint letter and proposed case management plan is due on September 27, 2024.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Date: September 4, 2024

Re:   Amin v. Hingorani, 22 Civ. 9851 (PGG)

Dear Judge Gardephe:

I am counsel for plaintiff Shilen Amin in the above-entitled proceeding. Earlier today, at the parties' joint request, your Honor adjourned the pretrial conference that had been scheduled for this Thursday at 11:00 a.m. to October 10, 2024, at 10:00 a.m. Unfortunately, I will be traveling to California that day for another matter on that date and so I will not be able to appear but I will be back on the East Coast no later than Wednesday, October 16 and could appear on October 17 or any date in October after that.

Accordingly, I respectfully request that the pretrial hearing currently scheduled for October 10, 2024, at 10:00 a.m., be rescheduled to sometime after October 16, 2024. I have spoken with opposing counsel, who consents to this application. He asks, if your Honor's schedule can accommodate it, that any rescheduled hearing not take place on a Tuesday.

I thank your Honor for considering this additional request.

Respectfully submitted,

*/s/ Alexander E. Eisemann*
Alexander E. Eisemann

cc:   Lawrence Rosenthal, Esq.
      (via ECF)