# ROSENTHAL IP LAW

316 East Broad St.                          www.rosenthal.law
Westfield, NJ 07090                         info@rosenthal.law
                    908.666.4663

September 25, 2024

**VIA ECF**
Hon. Paul G. Gardephe,
United States District Court, Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

RE:    Amin v. Hingorani et al., Case No. 1:22-cv-09851-PGG
O/R:  2105.002

Dear Judge Gardephe:

This firm represents Defendant Jitin Hingorani and several of the other named defendants in the above-identified civil action. On September 4, 2024, at the parties' joint request, your Honor adjourned the initial conference from October 10, 2024 to October 4, 2024. (Dkt. 66.) October 4th this year falls during the Jewish High Holiday of Rosh HaShannah, and therefore Defendants' counsel will be unable to attend this conference.

Accordingly, I respectfully request that the pretrial hearing currently scheduled for October 4, 2024, at 10:00 a.m., be rescheduled to sometime after October 16, 2024, after Plaintiff's counsel returns from California[1]. I also respectfully ask, if your Honor's schedule can accommodate it, that any rescheduled hearing not take place on a Tuesday.

The parties' counsels further request that the deadline to submit the case management plan be moved to seven days prior to the conference.

If your Honor would permit it, both parties' counsel would prefer to appear via telephone or videoconference.  I have spoken with opposing counsel, who consents to this application.

**MEMO ENDORSED:**
The conference currently scheduled on October 4, 2024 is rescheduled to October 17, 2024, at 2:30 p.m. in person.  The parties' joint letter and proposed case management plan is due by October 10.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Date:  September 26, 2024

Very truly yours,

Rosenthal IP Law

Larry Rosenthal

Larry Rosenthal
( ECF)

ailable on October 21, 24 or 25. He will also not be available on
se of State court hearings next door (but he would prefer to have the
ns if the Court could accommodate that). He is also unavailable on

New Jersey • New York