UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHILEN AMIN, | |
| Plaintiff, | **ORDER** |
| - against - | 22 Civ. 9851 (PGG) |
| JITIN HINGORANI, JINGO MEDIA, DFW SOUTH ASIAN FILM FESTIVAL (DFW SAFF), NYC SOUTH ASIAN FILM FESTIVAL (NYC SAFF), LI SOUTH ASIAN FILM FESTIVAL (LI SAFF), and TIDAL GROWTH CONSULTANTS, | |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for October 17, 2024, at 2:30 p.m. is adjourned to **October 24, 2024, at 2:30 p.m.**

Dated: New York, New York
       October 16, 2024

SO ORDERED.

*[signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge