UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHILEN AMIN,

        Plaintiff,

- against -

JITIN HINGORANI, JINGO MEDIA, DFW SOUTH ASIAN FILM FESTIVAL (DFW SAFF), NYC SOUTH ASIAN FILM FESTIVAL (NYC SAFF), LI SOUTH ASIAN FILM FESTIVAL (LI SAFF), and TIDAL GROWTH CONSULTANTS,

        Defendants.

**ORDER**

22 Civ. 9851 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for October 24, 2024, at 2:30 p.m. is adjourned to **November 7, 2024, at 2:30 p.m.**

Dated: New York, New York
       October 16, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge