UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

SHILEN AMIN,

           Plaintiff,

- against -

JITIN HINGORANI, JINGO MEDIA, DFW
SOUTH ASIAN FILM FESTIVAL (DFW
SAFF), NYC SOUTH ASIAN FILM
FESTIVAL (NYC SAFF), LI SOUTH
ASIAN FILM FESTIVAL (LI SAFF), and
TIDAL GROWTH CONSULTANTS,

           Defendants.

**ORDER**

22 Civ. 9851 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for November 7, 2024, at 2:30 p.m. is adjourned sine die.

Dated: New York, New York
       November 6, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge