```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shilen Amin,

                             Plaintiff,

      -against-

Jitin Hingorani et al.,

                            Defendants.

1:22-cv-09851 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered as follows:

1. No later than January 10, 2025, counsel for Defendants, Lawrence Seldin Rosenthal ("Rosenthal"), shall serve on Defendants a copy of his motion to withdraw as counsel (Mot. to Withdraw, ECF No. 82), along with a copy of this Order, and file proof of service on the ECF docket.

2. No later than January 31, 2025, Defendants shall file any response to Rosenthal's motion to withdraw. Defendants shall provide a copy of any response to Rosenthal and Rosenthal shall file such response on the ECF docket immediately upon receipt.

3. Defendants Jingo Media, DFW South Asian Film Festival, NYC South Asian Film Festival and LI South Asian Film Festival are hereby advised that corporations cannot appear *pro se* in this Court. Thus, if Rosenthal is permitted to withdraw as counsel, and no successor counsel appears, a default judgment may be entered against them. *See, e.g., McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)).

While the individual defendant, Jitin Hingorani, can proceed *pro se*, he still will be required to comply with all Court orders and deadlines and failure to do so may result in the imposition of sanctions, <u>up to and including entry of a default judgment against him</u>.

**SO ORDERED.**

Dated:   New York, New York
         January 6, 2025

_____
STEWART D. AARON
United States Magistrate Judge