USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| SHILEN AMIN, | : | |
| Plaintiff, | : | NOTICE OF MOTION FOR ENTRY OF A SEPARATE JUDGMENT OR FOR LEAVE TO EXTEND THE DEADLINE TO FILE A NOTICE OF APPEAL |
| -against- | : | |
| JITIN HINGORANI, JINGO MEDIA, DFW SOUTH ASIAN FILM FESTIVAL (DFW SAFF), NYC SOUTH ASIAN FILM FESTIVAL (NYC SAFF), LI SOUTH ASIAN FILM FESTIVAL (LI SAFF), and TIDAL GROWTH CONSULTANTS, | : | 22 Civ. 9851 (SDA) |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that on January 30, 2025, at 9:30 a.m., or as soon thereafter as counsel may be heard, based on the annexed declaration of Alexander E. Eisemann, executed January 5, 2025, and the accompanying memorandum of law dated January 5, 2025, Plaintiff Shilen Amin will move this Court, at the United States Courthouse, 500 Pearl Street, Room 11C, New York, New York 10007, pursuant to Fed. R. Civ. P. 54, 58(a), 58(b) and Fed. R. App. P. 4, (1) for entry of a separate judgment or judgments reflecting the denials of his first and second requests for preliminary injunction or (2) in the alternative, for an order granting a one-day extension, nunc pro tunc, of the deadline to file a notice of appeal and (3) such other and further relief as the Court may deem just and proper.

Dated: New York, New York
January 5, 2025

*[signature: Alex E.]*

ALEXANDER E. EISEMANN AE5405
Counsel for Plaintiff
20 Vesey Street, Suite 400
New York, New York 10007
(212) 420-8300
aee@eislaw.com

TO:

Counsel of Record
(via ECF)

ENDORSEMENT: Plaintiff's Motion (ECF No. 83) for entry of a separate judgment reflecting the denials of his first and second requests for preliminary injunction is GRANTED on consent, pursuant to Rule 58(d) of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully requested to enter the form of judgment filed at ECF No. 85. SO ORDERED.
Dated: 1/7/2025

*[signature: Stuart D. Aaron]*

- 2 -