USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SHILEN AMIN,                                              :

               Plaintiff,                            :

   -against-                                             :     **JUDGMENT**

JITIN HINGORANI, JINGO MEDIA,                             :
DFW SOUTH ASIAN FILM FESTIVAL (DFW SAFF),
NYC SOUTH ASIAN FILM FESTIVAL (NYC SAFF),  :
LI SOUTH ASIAN FILM FESTIVAL (LI SAFF), and        22 Civ. 9851 (SDA)
TIDAL GROWTH CONSULTANTS,                                 :

               Defendants.                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      This action having been commenced on November 11, 2022, and plaintiff having moved for a preliminary injunction by proposed order to show cause filed on November 18, 2024, which the Court signed on November 21, 2022, and which the Court denied in open court during a hearing held on September 21, 2023, and plaintiff having timely moved for reconsideration on October 5, 2023, and such reconsideration motion having been denied by memorandum opinion and order dated August 16, 2024, and plaintiff having moved a second time for a preliminary injunction by notice of motion dated October 20, 2023, which the Court denied in a memorandum opinion and order dated August 16, 2024, and plaintiff having timely moved for reconsideration on August 30, 2024, which motion the Court denied in a memorandum opinion and order dated November 6, 2024, it is

ORDERED, ADJUDGED AND DECREED that plaintiff's first motion for a preliminary injunction initiated by order to show cause signed on November 21, 2023, and plaintiff's second motion for a preliminary injunction initiated by notice of motion dated October 20, 2023, are each denied in their entirety.

Dated: New York, New York
      January 7, 2025

                                                U.S.M.J.

This document was entered on the docket on   January 7, 2025  .