```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shilen Amin,

                        Plaintiff,

    -against-

Jitin Hingorani et al.,

                        Defendants.

1:22-cv-09851 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, for which only Plaintiff's counsel appeared, it is hereby ORDERED as follows:

1. No later than March 18, 2025, Plaintiff shall seek a Certificate of Default from the Clerk of Court with respect to Defendants Jingo Media, DFW South Asian Film Festival, NYC South Asian Film Festival and LI South Asian Film Festival, which entities failed to appear by counsel by the deadline set forth in the Court's prior Order. (*See* 2/3/25 Order, ECF No. 94.)

2. The parties shall appear for a telephone conference on April 3, 2025 at 11:30 a.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. Defendant Jitin Hingorani, having failed to appear for today's conference, is reminded that he is required to comply with all Court Orders and that his failure to appear for the April 3, 2025 conference may result in the imposition of sanctions, up to and including entry of a default judgment against him.

3. No later than March 18, 2025, Lawrence Seldin Rosenthal ("Attorney Rosenthal"), who previously appeared as counsel for Defendant Hingorani before the Court

granted his motion to withdraw (*see* 2/3/25 Order), shall email the Court (Aaron_NYSDChambers@nysd.uscourts.gov), with a copy to Plaintiff's counsel, a letter setting forth the last known mailing address, telephone number and email address for Defendant Hingorani.[1] Upon receipt, the Court will post a copy of the letter to the ECF docket. By the same date, Attorney Rosenthal also shall provide a copy of this Order to Defendant Hingorani.

4. Plaintiff's counsel shall update the Court regarding any action taken by the Second Circuit with respect to the pending interlocutory appeal of this action within seven days of any such action.

**SO ORDERED.**

Dated:    New York, New York
          March 11, 2025

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] A copy of this Order shall be emailed to Attorney Rosenthal (larry@rosenthal.law) by Chambers.