**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Shilen Amin,

        **Plaintiff,**

   -against-

Jitin Hingorani et al.,

        **Defendants.**

**1:22-cv-09851 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  In accordance with the Court's April 4, 2026 Order, no later than April 20, 2026, Plaintiff was to show cause in a letter filed to the ECF docket why this case should not be dismissed in view of the Mandate issued by the U.S. Court of Appeals for the Second Circuit. (4/4/26 Order, ECF No. 108.) As of the date of this Order, Plaintiff has not filed any response.

  It is hereby ORDERED that, no later than April 30, 2026, Plaintiff shall respond to the Order to Show Cause. Failure to comply with this Order shall result in the dismissal of this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED.**

Dated:  New York, New York
    April 23, 2026

             _____
             STEWART D. AARON
             United States Magistrate Judge